## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:06-cr-221-EGS |
| v. | ) | |
| | ) | |
| JAMES L. MCNEAL | ) | |

Government's Unopposed Motion To Continue Status Conference
To Later Time

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the status conference in this case to a later time on the same scheduled date.  The status conference is now set for Thursday, September 14, 2006, at 10:30 a.m., in courtroom 24A. The undersigned Assistant United States Attorney, who is assigned to this case, has a motions hearing in another matter scheduled to begin at 10 a.m. on the same date, in courtroom 26A.

The government has conferred with defense counsel, who advises that the defendant does not oppose this motion.  Both parties are available at 1 p.m., 1:30 p.m., or 2 p.m., on the fourteenth.  A proposed order is attached.

Respectfully submitted

KENNETH L. WAINSTEIN
United States Attorney


by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
michael.liebman@usdoj.gov