**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** )
) No. 1:06-cr-221-EGS
**v.** )
)
**JAMES L. MCNEAL** )

<u>O R D E R</u>

Upon the unopposed motion of the government, and for good cause shown, the status conference in this matter is rescheduled for Thursday, September 14, 2006, at ____ p.m., in courtroom 24A.

_____
date

_____
Emmet G. Sullivan
U.S. District Judge