UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 1:06-cr-221-EGS |
| **v.** : | |
| **JAMES L. MCNEAL,** : | |
| **Defendant** : | |

O R D E R

Upon consideration of the government's motion to permit impeachment of defendant with prior convictions, any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

_____
Emmet G. Sullivan
United States District Judge

_____
date