IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  Crim. No. 06-221 (EGS) |
| | ) |
| **JAMES L. MCNEAL,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the government's Motion to Admit Other Crimes Evidence, the defendant's Opposition, and for good cause shown, it is hereby

**ORDERED** that the government's Motion is **DENIED**.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Michael Liebman, AUSA