IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.  )<br>)<br>**JAMES L. MCNEAL,** )<br>)<br>Defendant. )<br>) | Crim. No. 06-221 (EGS) |

## ORDER

Upon consideration of the government's Motion Impeach Defendant With Prior Convictions, the defendant's Opposition, and for good cause shown, it is hereby

**ORDERED** that the government's Motion is **DENIED**.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Michael Liebman, AUSA