UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>    v.                                    )   Crim. No. 06-221 (EGS)<br> )<br>JAMES L. MCNEAL,              )<br> )<br>        Defendant.                  )<br> ) | |

**DEFENDANT JAMES MCNEAL'S
MOTION TO CONTINUE MOTIONS HEARING**

Mr. James L. McNeal, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing scheduled in this matter. In support of this motion, counsel submits the following:

1. On July 20, 2006, the government obtained an indictment, charging Mr. McNeal with one count of unlawful possession with intent to distribute 50 grams or more of cocaine base.

2. A motions hearing is currently scheduled for tomorrow, November 28, 2006 at 10:30 am. Among other motions to be heard at the hearing is Mr. McNeal's motion to suppress physical evidence and statements.

3. In preparation for the hearing on Mr. McNeal's motion to suppress, undersigned counsel has learned that there are additional materials of evidentiary value in this case, relevant to Mr. McNeal's Motion to Suppress. The defense first attempted to obtain these materials early last week, but has been unable to do so due to the difficulty of contacting people in the days surrounding the Thanksgiving holiday.

4. In view of the above, undersigned counsel does not believe it would be consistent with

effective representation to proceed with the motions hearing at this time. Due to this issue, the defense requests that the motions hearing be continued for a brief period of time (defense counsel estimates that he can obtain the necessary materials this week).

     5. Undersigned counsel attempted to contact the AUSA assigned to this case, Michael Liebman, concerning this request on Friday, November 24, but was unable to reach him. Counsel tried again this morning, November 27, 2006, and left an additional phone message.

     WHEREFORE, Mr. McNeal respectfully requests that the motions hearing in this matter be continued until sometime in or after December 5, 2006. Mr. McNeal hereby waives any speedy trial time necessary for the Court to grant the relief requested by this Motion.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500