**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-221 (EGS) |
| **JAMES L. MCNEAL,** | ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

Upon consideration of the defendant's Motion for a Continuance of the motions hearing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the motions hearing is now scheduled for

_____, at _____ am/pm.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Michael Liebman, AUSA