UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-221 (EGS) |
| JAMES L. MCNEAL, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT JAMES MCNEAL'S UNOPPOSED MOTION
TO CONTINUE REMAINDER OF MOTIONS HEARING**

Mr. James L. McNeal, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the second part of the motions hearing scheduled in this matter for Friday, December 15, 2006, so that the defense may retain an appropriate expert witness to testify regarding defendant's Motion to Suppress.

In support of this motion, counsel submits the following:

1. On July 20, 2006, the government obtained an indictment, charging Mr. McNeal with one count of unlawful possession with intent to distribute 50 grams or more of cocaine base.

2. On December 13, 2006, the Court held a motions hearing, at which United States Park Police Officer Andrew Watson testified on behalf of the government with respect to defendant's Motion to Suppress. At the conclusion of yesterday's hearing, the matter was continued so that the defense could present additional witnesses. The defense has determined that it does not at this time foresee calling any additional police officers and has notified the government of that fact. However, based on Officer Watson's testimony, the defense now has the need to retain and present a defense expert in the areas of narcotics and/or law enforcement procedures. The expert

may address several areas, including but not necessarily limited to: (1) an officer's ability to smell trace amounts of raw marijuana from a distance of at least several feet away; and (2) law enforcement's destruction of evidence through the application of a color test.

    3. Defense counsel is currently working to retain an appropriate expert. However, this process will require a continuance of the motions hearing to retain the expert and make any necessary travel arrangements for that individual. Defense counsel believes that the defense will be in a position to resume the motions hearing by January 2, 2007.

    4. Undersigned counsel contacted the AUSA assigned to this case, Michael Liebman, concerning this request. Based on the above, the government has no objection to the requested continuance.

    WHEREFORE, Mr. McNeal respectfully requests that the continued motions hearing in this matter be continued until sometime on or after January 2, 2007. Mr. McNeal hereby waives any speedy trial time necessary for the Court to grant the relief requested by this Motion.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500, ex. 134