# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Crim. No. 06-221 (EGS)** |
| ) | |
| **JAMES L. MCNEAL,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT JAMES MCNEAL'S UNOPPOSED MOTION
## TO CONTINUE REMAINDER OF MOTIONS HEARING AND TRIAL DATE

Mr. James L. McNeal, the defendant, through undersigned counsel, respectfully submits this Unopposed Motion to continue the second part of the motions hearing scheduled in this matter (currently scheduled for January 17, 2007), as well as the trial date (currently scheduled to begin January 18, 2007).

In support of this motion, counsel respectfully submits the following:

1.      On July 20, 2006, the government obtained an indictment, charging Mr. McNeal with  one count of unlawful possession with intent to distribute 50 grams or more of cocaine base.

2.      On December 13, 2006, the Court held a motions hearing, at which United States Park Police Officer Andrew Watson testified on behalf of the government with respect to defendant's Motion to Suppress.  At the conclusion of the hearing, the matter was continued so that the defense could present additional witnesses.  The defense subsequently requested and obtained a second continuance so that it could retain an expert witness to testify on the suppression issue.

3.      Defense counsel has now identified and is in the process of retaining Mr. David Leff, a narcotics expert who has testified on dozens of prior occasions in state and federal courts. Mr. Leff is not available, however, on January 17, 2007, which is why the Court is asking for a continuance of the motions hearing to a different date.  Mr. Leff and defense counsel are available on the following dates for conclusion of the motions hearing:  February 13, 16, 23, 26, March 1, or March 2, 2007.

4.      In addition to the above basis for a continuance, undersigned counsel is entering into a complex fraud trial in the last week of this month (January 2007) before the Honorable Paul L. Friedman.  That trial is expected to last 1-2 weeks.  Undersigned counsel does not feel he can effectively represent Mr. McNeal at a motions hearing and trial while simultaneously preparing for trial in the case before Judge Friedman.  Thus, even without regard to Mr. Leff's availability, undersigned counsel would be requesting a continuance of the trial in this matter until sometime after mid-February, 2007.

5.      Undersigned counsel contacted the AUSA assigned to this case, Michael Liebman, concerning this request.  Based on the above, the government has no objection to the requested continuance of the motions hearing and the trial.  Both counsel would prefer that there be at least one (1) week separation between the motions hearing date and the trial date.

WHEREFORE, Mr. McNeal respectfully requests that the conclusion of the motions hearing in this matter be continued to one of the following dates:  February 13, 16, 23, 26, March 1, or March 2, 2007.  Counsel further requests a continuance of the trial date until sometime after the motions hearing date, preferably over one (1) week after the conclusion of the motions hearing.  Mr. McNeal hereby waives any speedy trial time necessary for the Court to grant the

relief requested by this Motion.

                                        Respectfully submitted,
                                        A.J. KRAMER


                                        _____/s/_____
                                        Jonathan S. Jeffress
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Suite 550
                                        Washington, D.C.  20004

                                        (202) 208-7500, ex. 134