IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 06-221 (EGS) |
| ) | |
| **JAMES L. MCNEAL,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for a Continuance of the Motions Hearing and Trial, and for good cause shown, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**; it is

**FURTHER ORDERED** that the remainder of the motions hearing is now scheduled for

_____, at _____ am/pm;

and it is **FURTHER ORDERED** that the trial of this matter is now scheduled for

_____, at _____ am/pm.

**SO ORDERED.**

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Jonathan S. Jeffress, AFPD
Michael Liebman, AUSA