UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Crim. No. 06-221 (EGS) |
| : | |
| **v.** : | |
| : | |
| **JAMES L. MCNEAL,** : | |
| : | |
| **Defendant.** : | |

Government's Unopposed Motion to Convert the Motions Hearing to a
<u>    Status Hearing and to Vacate the Trial Date    </u>

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to convert the resumption of the motions hearing to a status hearing and to vacate the trial date.  The motions hearing is currently set to resume at 10 a.m., on February 13, 2007, with the trial, if necessary, to begin immediately thereafter.

    The U.S. Park Police has advised the undersigned Assistant United States Attorney that USPP Officer Sean D'Augostine was recently injured in a vehicle collision following a police chase where he was one of the pursuing officers.  Officer D'Augostine suffered a hairline fracture of one of his vertebrae, and as a result will be unavailable for court until at least March 5, 2007.

    Officer D'Augostine's presence in court on February 13 had been requested by counsel for the defendant in connection with the ongoing motions hearing in this case.  In addition, the

officer is a necessary trial witness in the government's case in chief.

Counsel for the defendant has advised that the defendant does not oppose this motion.  A proposed Order is attached.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY

                      /s/
    by: _____
                Michael C. Liebman
                Assistant United States Attorney
                D.C. Bar No. 479562
                555 Fourth Street, N.W., room 4231
                Washington, D.C.  20530
                353-2385
                michael.liebman@usdoj.gov