**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Crim. No. 06-221 (EGS) |
| **v.** ) | |
| ) | |
| **JAMES L. MCNEAL,** ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

Upon the unopposed motion of the government, and for good cause shown, the resumption of the motions hearing, now scheduled for February 13, 2007, at 10 a.m., is converted to a status hearing and the trial date of February 13, 2007 is vacated.

_____                          _____
date                                Emmet G. Sullivan
                                    U.S. District Judge