THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>   v. )<br>)<br>JAMES L. MCNEAL )<br>)<br>  Defendant. )<br>_____ ) | Criminal No. 06-221 (EGS) |

## ORDER

Upon consideration of Ms. Latosha B. Crawford's Motion To Compel Production of Grand Jury Transcript, and any opposition, it is this _____ day of _____, 2007, hereby

**ORDERED** that Ms. Crawford's motion is granted; and it is further

**ORDERED** that the government provide Ms. Crawford a copy of her grand jury transcript.

**SO ORDERED**.

Date:

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE