```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**         :   Crim. No. 06-221-EGS
                                     :
      **v.**                             :
                                     :
**JAMES L. MCNEAL,**                 :
                                     :
      **Defendant.**                    :

Government's Response To Third Party Motion To Compel Production
<u>Of Grand Jury Transcript</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby responds to the Third Party Motion to Compel Production of Grand Jury Transcript. Because matters occurring before the grand jury are involved, the government tomorrow will be filing a sealed response that substantively addresses the arguments in the third-party motion, which response will be served on the third-party movant. <u>See</u> Fed. R. Cr. P. 6(e)(6). In addition, for the same reason, the government intends to move to close the hearing on the third-party motion, as to the public and all parties other than the movant and the government, when the Court addresses the motion on March 8, 2007. <u>See</u> Fed. R. Cr. P. 6(e)(5).

```
                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

                            /s/
         by:    _____
                    Michael C. Liebman
                    Assistant United States Attorney
                    D.C. Bar No. 479562
                    555 Fourth Street, N.W., room 4231
                    Washington, D.C.  20530
                    353-2385
                    michael.liebman@usdoj.gov
```