UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 06-221-EGS |
| | : | |
| v. | : | |
| | : | |
| **JAMES L. MCNEAL,** | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED MOTION TO ABATE PROSECUTION

Defendant James L. McNeal is pending trial on an indictment charging him with one count of possession with intent to distribute 100 grams or more of heroin. Last night, the defendant was shot and killed. A Metropolitan Police Department detective who viewed the body of the decedent has identified the decedent as James L. McNeal, with PDID number 443-358, which is the PDID of the defendant in this matter.

WHEREFORE, the government requests that this motion be granted and the case be dismissed. A proposed Order is attached. Counsel for the defendant has advised that the defense does not object to this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: /s/
_____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
353-2385