```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**          :   Cr. No. 06-221-EGS
                                                     :
    **v.**                                                 :
                                                   :
**JAMES L. MCNEAL,**                  :
                                                   :
                **Defendant.**   :

<u>ORDER</u>

Upon consideration of the government's Unopposed Motion to Abate Prosecution, it is hereby ORDERED that the government's motion is GRANTED; and it is further ORDERED that the case is DISMISSED.

date:                                               _____
                                              Emmett G. Sullivan
                                              United States District Judge