UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : Cr. No. 06-221-EGS
:
v. :
:
JAMES L. MCNEAL, :
:
Defendant. :

FILED
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the government's Unopposed Motion to Abate Prosecution, it is hereby ORDERED that the government's motion is GRANTED; and it is further ORDERED that the case is DISMISSED.

date: 4/6/07

Emmett G. Sullivan
United States District Judge